IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA DUHREAL FLAGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-768-RAH-CSC |
| | ) | |
| HOUSTON CNTY. SHERIFF DEP'T, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 5, 2022. (Doc. 12.) The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to comply with an order to pay the initial partial filing fee. (*Id.*) Plaintiff's objections were due by May 19, 2022. (*Id.* at 2.) Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 25th day of May, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE